**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000818
09-APR-2026
08:41 AM
Dkt. 90 ODMR**

NO. CAAP-24-0000818

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JERRE PSAK, Petitioner-Appellee,
v.
KEITH KARDASH, Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DSS-22-0000381)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of self-represented Respondent-Appellant Keith **Kardash'**s March 31, 2026 "Motion to Vacate Summary Disposition Order Dated March 31, 2026 for Being Premature and Motion to Consolidate this Case with Keith Kardash v. Jerre Psak, Case No. CAAP-24-00000315," which the court construes as a motion for consolidation and for reconsideration under Hawai'i Rules of Appellate Procedure Rule 40, the papers in support, and the records in case numbers CAAP-24-0000315 and

CAAP-24-0000818, it appears that Kardash fails to demonstrate a point of law or fact that the court overlooked or misapprehended in the March 31, 2026 summary disposition order.

IT IS ORDERED that the motion is denied.

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED:  Honolulu, Hawai'i, April 9, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge